IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELODIE HOFFMAN,

    Plaintiff,

vs.                                            CASE NO. 5:06cv46/RS

MICHAEL J. ASTRUE[1],
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 14) and Plaintiff's Objections To Magistrate Judge's Report and Recommendations (Doc. 17). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1.    The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The decision of the Commissioner of the Social Security Administration is affirmed, and this action is dismissed.

3.    The clerk is directed to close the file.

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should therefore be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

ORDERED on March 23, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**